IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CR 95-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CAYLA ELAINE WHITE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS CAUSE coming before the undersigned upon a Violation Report (#28) filed in this matter alleging that Defendant had violated terms and conditions of her pretrial release. At the call of this matter on for hearing the Government advised that due to the plea of guilty of the Defendant as to count two as contained in the superseding bill of indictment and the detention of Defendant, pursuant to that plea, the Government wished that the Violation Report be dismissed as being moot. The undersigned finds that good cause has been shown for the granting of such motion and it is allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Violation Report (#28) filed in this matter is hereby **DISMISSED** as being moot.

Signed: January 20, 2016

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge